**John P. WHITTINGTON, Marquette Casualty Company and Hanover Insurance Company.**

No. 47123.

Feb. 14, 1964.

In re: David J. Smith applying for certiorari, or writ of review to the Court of

Appeal, Second Circuit, Parish of Caddo. 159 So.2d 327.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.

160 So.2d 230

**Theos FUTCH, individually and as administrator of the estate of his minor daughter, Janice Futch, and Ann Tucker Stuckey et al.**

v.

**The FIDELITY & CASUALTY COMPANY OF NEW YORK.**

No. 47037.

Feb. 14, 1964.

Court of Appeal, Second Circuit. 158 So. 2d 455.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

160 So.2d 230

**Leo STACK**

v.

**Mr. and Mrs. T. C. IRWIN and Mrs. Gertrude Gardner, Inc.**

No. 47112.

Feb. 14, 1964.

Court of Appeal, Fourth Circuit. 158 So. 2d 853.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.